HENRY R. KENT, as Executor and Trustee under the Will of JOHN DICKINSON, Deceased, Appellant, *v.* A. WARNER SHEPARD, Respondent.

*Kent* v. *Shepard*, 115 App. Div. 64, affirmed.
(Argued March 6, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1906, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to the power and authority of the plaintiff, as executor and trustee under the will of John Dickinson, deceased, to convey certain premises.

*Rastus S. Ransom* and *Charles A. Clark* for appellant.

*Frank B. York* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.